United States District Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Edward D. Nichols, §
    Petitioner, §
  §
v. § Civil Action H-21-2555
  §
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

# Order of Adoption

On October 8, 2021, Magistrate Judge Peter Bray recommended that Edward D. Nichols's petition for writ of habeas corpus be dismissed without prejudice for failure to exhaust state court remedies. (10) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on November 12, 2021, at Houston, Texas.

                                              Lynn N. Hughes
                                    United States District Judge